the Kinsella United Properties Company. No opinion. Motion granted. Settle order on notice.

In re KLATZL. (Supreme Court, Appellate Division, First Department. January 29, 1915.) In the matter of John C. Klatzl, deceased. No opinion. Order affirmed, with costs. Order filed. See, also, 149 N. Y. Supp. 794.

KLEIN v. GALLIN et al. (Supreme Court, Appellate Division, Second Department. January 15, 1915.) Action by John Klein, as trustee in bankruptcy, etc., against Samuel Gallin and others. No opinion. Motion for reargument (of 149 N. Y. Supp. 1091) denied, with out costs. Motion for leave to appeal to the Court of Appeals denied, without costs.

KLOTZ, Appellant, v. ANGLE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by Lyman E. Klotz against Wesley M. Angle and others.
PER CURIAM. Judgment affirmed, with costs.
KRUSE, P. J., dissents, upon the ground that, assuming that the Missouri statute applies, questions of fact were presented by the evidence as to whether the discovery by the aggrieved party of the facts constituting the fraud was within the time limited for the commencement of the action under the Missouri statute.

KLOTZ, Appellant, v. FENN, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by Lyman E. Klotz against Lily B. M. Fenn, as executrix, etc.
PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 151 N. Y. Supp. 1125.
KRUSE, P. J., dissents.

KLOTZ, Appellant, v. FENN, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by Lyman E. Klotz against Lily B. M. Fenn, as executrix, etc. No opinion. Motion for leave to appeal to Court of Appeals granted. Settle order and questions to be certified before Mr. Justice Foote on two days' notice. See, also, 151 N. Y. Supp. 1125.

KNEE v. YANKEE WAIST CO. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Louis Knee against the Yankee Waist Company. No opinion. Application granted. Order signed.

KOCH v. FOX et al. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Anna T. Koch against William Fox, impleaded. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1092.

KRAUSEN, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1915.) Action by Theodore Krausen against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

KRAVITZ, Respondent, v. CENTRAL R. R. OF NEW JERSEY, Appellant. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Joseph Kravitz against the Central Railroad of New Jersey. R. Thorne, of New York City, for appellant. M. T. Manton, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LANDERS, Respondent, v. PEOPLE'S GAS & ELECTRIC CO. OF OSWEGO, N. Y., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by Mary Landers, as administratrix, etc., against the People's Gas & Electric Company of Oswego, New York. No opinion. Motion for leave to appeal (150 N. Y. Supp. 1093) to Court of Appeals denied, with $10 costs.

LANGE v. DICKEY. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Ove Lange against William D. Dickey. A. A. Van Tine, of New York City, for appellant. Edward Sandford, of New York City, for respondent. No opinion. Order affirmed, without costs. Order filed. See, also, 149 N. Y. Supp. 1092.

LANGE, Respondent, v. MORSE, Appellant. (Supreme Court, Appellate Division, Second Department. January 15, 1915.) Action by Ove Lange against Edward P. Morse. No opinion. Order affirmed, with $10 costs and disbursements.

LANGLOIS, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1915.) Action by Earl Langlois against the Pennsylvania Railroad Company. No opinion. Judgment and order affirmed, with costs.

LARSON, Respondent, v. HAY FOUNDRY & IRON WORKS, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1915.) Action by Bernardt Larson against the Hay Foundry & Iron Works. T. H. Lord, of New York City, for appellant. F. X. McCollum, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs.

LAUTERBACH, Respondent, v. JOSEPH FALLERT BREWING CO., Limited, Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by Amelia Lauterbach against the Joseph Fallert Brewing Company, Limited.